UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REYNOLD HULL,

    Plaintiff,

    v.

JERRY WOOD,

    Defendant.

Civil Action No. 08-817 (CKK)

**ORDER**
(May 16, 2008)

Plaintiff, appearing *pro se*, filed a Complaint in the above-captioned matter on May 8, 2008. The basis for federal court jurisdiction and venue in this district are not apparent on the face of the Complaint. All persons identified, and all matters alleged, appear to relate to persons or events in Georgia and not the District of Columbia. A party may not file a Complaint in federal district court without a proper basis for federal court jurisdiction and proper venue.

Accordingly, it is, this 16th day of May, 2008, hereby,

**ORDERED** that Plaintiff shall file notice with the Court stating the basis for federal court jurisdiction and venue in this district no later than June 6, 2008; it is further

**ORDERED** that if the Court does not receive such notice from the Plaintiff by June 6, 2008, the Court shall dismiss Plaintiff's Complaint without prejudice.

**SO ORDERED.**

                                                        */s/*
                                                     COLLEEN KOLLAR-KOTELLY
                                                     United States District Judge