UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REYNOLD HULL,

    Plaintiff,

    v.

JERRY WOOD,

    Defendant.

Civil Action No. 08-817 (CKK)

**ORDER**
(June 16, 2008)

For the reasons set forth in an accompanying memorandum opinion, it is, this 16th day of June, 2008, hereby

**ORDERED** that Plaintiff's Complaint is dismissed without prejudice; it is further

**ORDERED** that this case is dismissed in its entirety.

*This is a Final, Appealable Order.*

                                            */s/*
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge