UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REYNOLD HULL,

    Plaintiff,

    v.

JERRY WOOD,

    Defendant.

Civil Action No. 08-817 (CKK)

**MEMORANDUM OPINION**
(June 16, 2008)

On May 16, 2008, the Court *sua sponte* issued an Order indicating that the basis for jurisdiction and venue were not apparent in Plaintiff's *pro se* Complaint, and explaining that a party may not file a Complaint in federal district court without a proper basis for federal court jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) ("[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action"). The Court ordered Plaintiff to file a notice stating the basis for federal court jurisdiction and venue in this district no later than June 6, 2008. The Order further stated that if notice were not received by that date, the Court would dismiss Plaintiff's Complaint without prejudice. The Court did not receive a notice from Plaintiff by June 6, 2008, or at any time thereafter. Accordingly, the Court shall dismiss Plaintiff's Complaint without prejudice. An appropriate Order accompanies this Memorandum Opinion.

                                                            /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge