August 15, 2008

Clerk's Office
United States District Court
for the District of Colombia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

*Let this be filed.*
*Judge C Kollar-Kotelly 8/25/08*

**RECEIVED**
AUG 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reynold Hull
3216 Morton Bend Rd.
Rome, Georgia 30161

Dear Judge Kotelly;

I, Reynold Hull a senior citizen of Rome Georgia is requesting that you waive and consider my case, due to my age and loss of your response,

(over)

and my ability to comprehend that I had a deadline.

My reasons for requesting that your court handle my case was due to the fact that all my defendants were deeply rooted and connected to all courts in Georgia and well as the city of Rome to objectively handle my case without prejudice.

I know that under the law, I have legal rights to appeal my case before a court that I feel will

litigate my complaints without prejudice.

As a senior citizen of Rome, I feel that once you hear my complaint, you will automatically see that it warrants further considuation from your court. Please don't deny me my rights to arbitrate favorable. Your expedient kindnes will be greatly appreciated. Looking to hear from you soon.

Thankyou,

Reynold Hull